BURGESS, APPELLANT, *v.* LASBY ET AL., RESPONDENTS.

(No. 5,913.)

(Submitted May 25, 1926.  Decided June 15, 1926.)

[248 Pac. 192.]

*Appeal from District Court, Broadwater County in the Fourteenth Judicial District; Ben B. Law, Judge of the Ninth District, presiding.*

ACTION in foreclosure by Charles N. Burgess against W. D. Lasby and wife.  Judgment for defendants.  Plaintiff appeals. Reversed and remanded.

Cause argued and submitted on briefs filed in Cause No. 5912, *ante,* p. 452.

Opinion: PER CURIAM.

By stipulation of counsel this cause was made to depend, in effect, upon the result of the decision in cause No. 5912 (*Lasby et al.* v. *Burgess, ante,* p. 452, 248 Pac. 190).  Accordingly, the judgment is reversed, and the cause is remanded for a new trial.

*Reversed and remanded.*